AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Robert E. McDonald <br> *Plaintiff* <br> v. <br> Joseph A. Ioia; et. al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1: 15-CV-5156 (JG)(LB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — X̶X̶X̶6̶0̶ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert E. McDonald
1606 Fernandez Juncos Avenue
San Juan, PR 00909

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  11/06/2015                                *W. Latka-Mucha*
                                                 *Signature of Clerk or Deputy Clerk*

15-CV-5156 (JG)(LB)

1. Joseph A. Ioia
   139 Hockhockson Road
   Colts Neck, NJ 07722

2. New York Commercial Lubricants, Inc.
   d/b/a Metrolube
   229 Arlington Avenue
   Staten Island, NY 10303

3. Commercial Lubricants, LLC
   229 Arlington Avenue
   Staten Island, NY 10303

4. Full Circle Manufacturing Group, Inc.
   534 S. Front Street
   Elizabeth, NJ 07202

5. New York Terminals, LLC
   534 S. Front Street
   Elizabeth, NJ 07202

6. New York Terminals II, LLC
   534 S. Front Street
   Elizabeth, NJ 07202

7. R.I.G. Classic Transportation, LLC
   534 S. Front Street
   Elizabeth, NJ 07202