UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT E. MCDONALD,

                Plaintiff,

      -against-

JOSEPH A. IOIA, *individually and severally*, NEW YORK COMMERCIAL LUBRICANTS, INC., *Joseph A. Ioia as owner, sole shareholder, and manager doing business as Metrolube*, COMMERCIAL LUBRICANTS, LLC, *as successor to New York Commercial Lubricants, LLC, d/b/a Metrolube and Joseph A. Ioia as sole member, manager, and Commercial Lubricants, LLC and Joseph A. Ioia as owner, sole shareholder, and manager*, FULL CIRCLE MANUFACTURING GROUP, INC., *and Joseph A. Ioia as sole shareholder, manager, and owner*, NEW YORK TERMINALS, LLC, *and Joseph A. Ioia as sole member, owner, and manager*, NEW YORK TERMINALS II, LLC, *and Joseph A. Ioia as sole member, manager, and owner*, R.I.G. CLASSIC TRANSPORTATION, LLC, *and Joseph A. Ioia as owner, sole member, and manager*,

                Defendants.
------------------------------------------------------------------X

**ORDER**
**15 CV 5156 (JG)(LB)**

**BLOOM, United States Magistrate Judge:**

      Plaintiff requests that the Clerk of the Court enter a notation of default by the defendants and moves for default judgment. (ECF Nos. 12, 13.) A default judgment cannot be entered at this time. The United States Marshals Service (USMS), which effects service of process on defendants, does so in accordance with the Federal Rules of Civil Procedure and the New York Civil Practice Law and Rules. When the USMS has effected service on defendants, proof of service will be filed with the Court for each defendant, showing the date the defendant was served. Contrary to plaintiff's claim that "defendants were served at their current business and home addresses," (ECF No. 13 at p. 4), there is no return of service on the docket. Accordingly, plaintiff's requests are denied as premature.

SO ORDERED.

                                                        /S/ Judge Lois Bloom
                                                        LOIS BLOOM
                                                        United States Magistrate Judge

Dated: December 11, 2015
       Brooklyn, New York